# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, <br><br> Plaintiff, <br> v. <br> ARUBA NETWORKS, INC. | CASE NO. 2:14-cv-01031-JRG-RSP <br><br> CONSOLIDATED |
| FORTINET, INC. <br><br> Defendant. | CASE NO. 2:14-cv-01035-JRG-RSP |

## JOINT MOTION TO DISMISS
## FORTINET, INC. WITH PREJUDICE

Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny ("Freenys") and Defendant Fortinet, Inc. ("Fortinet") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss with prejudice all pending claims and counterclaims, including all claims by the Freenys against Fortinet, and all claims by Fortinet against the Freenys. Each party is to bear its own costs and fees. A proposed order accompanies this Motion.

Dated: July 2, 2015                               Respectfully Submitted,

                                                  */s/ Jennifer L. Gilbert*

                                                  BANYS, P.C.
                                                  Christopher D. Banys   SBN: 230038 (California)
                                                  Richard C. Lin         SBN: 209233 (California)
                                                  Jennifer L. Gilbert    SBN: 255820 (California)
                                                  Banys, P.C.
                                                  1032 Elwell Court, Suite 100
                                                  Palo Alto, CA 94303

Tel: (650) 308-8505
Fax: (650) 322-9103
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
LOCAL COUNSEL:

WARD, SMITH & HILL LAW FIRM
Wesley Hill         SBN: 24032294
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS CHARLES C. FREENY III, BRYAN E. FREENY, AND JAMES P. FREENY**

*/s/ John M. Neukom*
John M. Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
William O. Cooper (Cal. Bar No. 279385)
willcooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600, Facsimile: 415-875-6700

**ATTORNEYS FOR DEFENDANT FORTINET, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the attached Joint Motion To Dismiss Fortinet, Inc. With Prejudice is being served via the Court's CM/ECF system on July 2, 2015 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

*/s/ Christopher S. Lavin*
Christopher S. Lavin

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny has met and conferred with counsel for Fortinet, Inc. regarding this Joint Motion To Dismiss Fortinet, Inc. With Prejudice, and the Parties have agreed to the requested relief and to file the motion jointly.

/s/ *Jennifer L. Gilbert*
Jennifer L. Gilbert