**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:14-cv-01031-WCB |
| ARUBA NETWORKS, INC., | § § § | |
| *Defendant*. | § | |
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:14-cv-01035-WCB |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

## **ORDER**

Before the Court is JOINT MOTION TO DISMISS FORTINET, INC. WITH PREJUDICE by plaintiffs and defendant Fortinet, Inc. ("Fortinet"). Dkt. No. 94. The Court GRANTS the motion. All claims asserted by plaintiffs against Fortinet and all claims asserted by Fortinet against plaintiffs in the above-styled case are dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

It is so ORDERED.

SIGNED this 2nd day of July, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE