IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 2:14-cv-1031-WCB |
| ARUBA NETWORKS, INC., | § § § | |
| *Defendant.* | § | |

## NOTICE

The claim construction hearing previously scheduled for September 11, 2015, in Marshall, Texas, will instead by conducted by telephone on September 11, 2015, at 1:00 pm, Eastern Standard Time. A call-in number will be provided to the parties by e-mail in advance of the date of the hearing.

It is so ORDERED.

SIGNED this 17th day of August, 2015.

_William C. Bryson_
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1